**Order entered March 2, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01544-CR

**BRANDY NICHOLE CROWE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 6**
**Dallas County, Texas**
**Trial Court Cause No. F16-34211-X**

## ORDER

The supplemental reporter's record with State's exhibits 11, 12, 13, and 14 was filed February 13, 2020.

Appellant's brief is **DUE** April 6, 2020.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE